UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 13-06989-MMM(Ex) | Date: | June 19, 2014 |

Title: Augustin Valladares vs Veolia Transportation Services, Inc., et al

---

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] Telephone Conference [Not Held]; Order to Show Cause; Resetting Telephone Status Conference

On January 6, 2014, the court set a further telephone conference for June 18, 2014 at 5:30 p.m.   The court directed plaintiff to initiate the call.

Plaintiff failed to appear for the further telephone conference.   Consequently, the court issues an Order to Show Cause why this court should not dismiss the action for failure to appear and failure to comply with this court's orders.   A written response must be filed on or before June 23, 2014 at 5:00 p.m.   Failure to respond to the Order to Show Cause will result in the immediate dismissal without further notice.

The telephone conference is reset for July 3, 2014 at 5:00 p.m.   Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at (213) 894-2957.   If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.